# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

April 10, 2014

Lyle W. Cayce
Clerk

No. 13-40766
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

SUHAILY CASTILLO,

Defendant−Appellant.

No. 13-40778
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

SUHAILY CASTILLO-MALDONADO,
True Name Suhaily Maribeth Castillo-Maldonado,

Defendant−Appellant.

Appeals from the United States District Court
for the Southern District of Texas
No. 5:08-CR-1663-3
No. 5:13-CR-43-1

No. 13-40766
No. 13-40778

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Suhaily Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.